**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | 2:12-CR-00083-KJD-GWF |
| Plaintiff, ) | |
| ) | **O R D E R** |
| v. ) | |
| ) | |
| **OMAR BUTT, *et al.*,** ) | |
| ) | |
| Defendants. ) | |

Before the Court is the government's motion for permission to engage in alternative victim notification procedures. The Court, having reviewed the motion and found good cause for proceeding under alternative notification procedures, opines as follows:

**IT IS THEREFORE ORDERED** that the government's motion is **GRANTED.** The UNITED STATES shall communicate with and provide notification to the pool of potential victims through the internet.

**It IS FURTHER ORDERED** that for a period of not less than three (3) months, the International Association of Financial Crime Investigators (IAFCI) shall post on IAFCI's own website a notice providing victims with information and links to the U.S. Attorney's Office public website.

**IT IS FURTHER ORDERED** that, for a period of not less than

13

three (3) months, the United States Secret Service (USSS) and Homeland Security Investigations (HSI) shall each place a similar notice on their agencies' public websites providing victims with information and links to the U.S. Attorney's Office public website.

**IT IS FURTHER ORDERED** that for each of the three companion cases, 2:12-CR-004; 2:12-CR-083; and 2:12-CR-084; the UNITED STATES shall post on the U.S. Attorney's Office public website the Indictments and significant pleadings in each case, forms for communication and conferral, and notice of events and hearings. The notice shall provide the following information regarding this case:

1. The names of the defendants, the case number and charges;
2. All of the victim rights codified at 18 U.S.C. § 3771(a);
3. The identity of the prosecutors;
4. The identity and contact telephone numbers of Victim Witness Coordinator; and
5. A web-based victim impact questionnaire. This questionnaire will allow for the orderly collection of certain victim information, help authenticate those who are actual victims and give the millions of victims an opportunity to describe their plight to government attorneys.

Dated this 16th day of April 2012.

_____*George Foley Jr.*_____
Honorable Magistrate Judge George W. Foley Jr.

14